UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JEFFERY RICHARD                                    CIVIL ACTION

VERSUS

ASCENSION PARISH SHERIFF                 NO.:14-00770-BAJ-SCR
OFFICE, ET AL.

## RULING AND ORDER

On December 16, 2014, the United States Magistrate Judge issued a Report and Recommendation, pursuant to 28 U.S.C. § 636(b)(1), recommending that Plaintiff Jeffery Richard's ("Plaintiff") complaint (Doc. 1) be dismissed because there is no conceivable, non-frivolous federal claim he could assert against Defendants consistent with the facts alleged in his complaint. (Doc. 4 at p. 6).

The Magistrate Judge's Report and Recommendation specifically notified Plaintiff that, pursuant to 28 U.S.C. § 636(b)(1), he had fourteen (14) days from the date he received the Report and Recommendation to file written objections to the proposed findings of fact, conclusions of law, and recommendations therein. (Doc. 4 at p. 1). Plaintiff timely filed objections on December 23, 2014.[1] (Doc. 6).

---

[1] In his objections, Plaintiff preemptively defends against a charge that the malfunctioning of the sprinkler system was caused by his misconduct. (Doc. 6 at p. 1). However, Plaintiff misunderstands the Magistrate Judge's Report ("Report"). The Report does not suggest that the malfunction was caused by Plaintiff's actions, but rather, that Plaintiff failed to sue the correct party, and regardless, his allegations do not rise to the level of a constitutional violation. (Doc. 4 at pp. 3, 6). *See Daniels v. Williams*, 474 U.S. 327 (1986) (holding that negligence is not

Having carefully considered the record, including Plaintiff's complaint and related filings, the Court approves the Magistrate Judge's Report and Recommendation, and hereby adopts its findings of fact, conclusions of law, and recommendation.

Accordingly,

**IT IS ORDERED** that the **Magistrate Judge's Report (Doc. 4)** is **ADOPTED** as the Court's opinion herein.

**IT IS FURTHER ORDERED** that the above captioned matter be **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) because there is no conceivable, non-frivolous federal claim he could assert against Defendants consistent with the facts alleged in his complaint.

Baton Rouge, Louisiana, this 4th day of February, 2015.

_____
**BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**

---

actionable under § 1983); *see also Brummett v. Camble*, 946 F.2d 1178, 1183 (5th Cir. 1991), *cert. denied*, 504 U.S. 965 (1992) ("Not every common law tort committed by state or local government officials is actionable under § 1983.") (citation omitted). Thus, it is on this basis, and not due to any assertion of misconduct by Plaintiff, that the recommendation for dismissal is made. Accordingly, Plaintiffs objections are without merit.